DANIEL J. BRODERICK, #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARK MCGRATH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:10-cr-00131 AWI |
| Plaintiff, | |
| v. | WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT PRETRIAL PROCEEDINGS; ORDER THEREON |
| MARK MCGRATH, | |
| Defendant. | |

Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant, Mark McGrath, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to defendant's attorney that defendant's presence is required will be deemed notice to the defendant of the requirement of his appearance at said time and place.

Defendant makes this request because of the time, distance and expense involved, travel to Fresno for court appearances would be both a financial and personal hardship.  Defendant wishes to limit the number of personal court appearances and minimize the time and expense of travel to court.  Mr. McGrath

is currently self-employed but has limited hours.  Driving an older pickup truck, the cost of gasoline is considerable for him to make the trip from Bakersfield.  Mr. McGrath is currently in compliance with all his conditions under Pretrial Services.

This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

DATED:  4/30/10

/s/ Mark McGrath  
MARK MCGRATH

DATED: 5/6/10

/s/ Charles J. Lee  
CHARLES J. LEE  
Assistant Federal Defender  
Attorney for Defendant  
Mark McGrath

# O R D E R

GOOD CAUSE APPEARING**, IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

**Dated:   May 7, 2010**           /s/ Anthony W. Ishii  
CHIEF UNITED STATES DISTRICT JUDGE