DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARK MCGRATH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-cr-00131 AWI |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | DATE:   October 3, 2011 |
| MARK MCGRATH, | TIME:   11:00 A.M. |
| Defendant. | JUDGE:  Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for September 12, 2011, **may be continued to October 3, 2011 at 11:00 P.M.**

This continuance is at the request of defense counsel as the parties have reached a resolution but Mr. McGrath travels from Bakersfield by train and needs to make arrangements to attend court.  It is defense counsels understanding that the case, currently set for 11:00 a.m. on September 12, will be moved to the 8:30 a.m. calendar.  Because of the difficulty for Mr. McGrath to arrive at that time, this continuance is requested.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation and for plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: September 7, 2011 | By: /s/ Karen Escobar<br>KAREN ESCOBAR<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: September 7, 2011 | By: /s/ Charles J. Lee<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>MARK MCGRATH |

**O R D E R**

IT IS SO ORDERED.

Dated:   September 7, 2011

CHIEF UNITED STATES DISTRICT JUDGE

McGrath - Stipulation and Order                    2