BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:10-cr-00131 AWI |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION RE: CONTINUANCE AND ORDER |
| MARK McGRATH, | ) |
| Defendant. | ) |

The above-named Defendant in the above-captioned matter, by and through his attorney, CHARLES LEE, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1. The parties to the above-captioned matter agree to vacate his March 5, 2012, sentencing hearing and reset the matter

////

////

1

```
 1  for June 25, 2012, at 11:00 a.m.
 2   DATED: February 29, 2012              Respectfully submitted,
 3                                         BENJAMIN B. WAGNER
                                           United States Attorney
 4
                                           By: /s/ Karen A. Escobar
 5                                            KAREN A. ESCOBAR
                                           Assistant U.S. Attorney
 6
                                            /s/ Charles Lee
 7                                          CHARLES LEE
                                            Attorney for Defendant
 8                                          Mark McGrath
 9
10                         O R D E R
11      Having read and considered the foregoing stipulation,
12       IT IS THE ORDER of the Court that the current sentencing
13  hearing set March 5, 2012, for the above-named defendant is hereby
14  vacated and is reset for June 25, 2012, at 11:00 a.m.
15  IT IS SO ORDERED.
16
    Dated:      February 29, 2012       _____
17                                      CHIEF UNITED STATES DISTRICT JUDGE
18
```

2