DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARK MCGRATH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> MARK MCGRATH,  ) <br> ) <br> Defendant.  ) <br> ) | No. 1:10-cr-00131 AWI <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING <br><br> DATE:  September 17, 2012 <br> TIME:  10:00 A.M. <br> JUDGE: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for June 25, 2012, **may be continued to September 17, 2012 at 10:00 A.M.**

This continuance is at the request of both parties as additional information is being developed which both parties feel will be relevant at Mr. McGrath's sentencing.

As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: June 20, 2012      By: /s/ Karen Escobar
KAREN ESCOBAR
Assistant United States Attorney
Attorney for Plaintiff

McGrath - Stipulation and Proposed Order

```
                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: June 20, 2012            By: /s/ Charles J. Lee
                                        CHARLES J. LEE
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MARK MCGRATH
```

**O R D E R**

IT IS SO ORDERED.

Dated:   June 20, 2012                    _____
                                          CHIEF UNITED STATES DISTRICT JUDGE