```
BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>               Plaintiff,     )<br>                              )<br>     v.                       )<br>                              )<br>                              )<br>                              )<br>MARK McGRATH,                 )<br>                              )<br>                              )<br>               Defendant.     )<br>_____) | 1:10-cr-00131 AWI<br><br><br><br>STIPULATION RE:<br>CONTINUANCE AND<br>ORDER |

   The above-named Defendant in the above-captioned matter, by and through his attorney, CHARLES LEE, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

   1.  The parties to the above-captioned matter agree to vacate his September 17, 2012, sentencing hearing and reset the matter

////

////

1

```
for December 3, 2012, at 11:00 a.m.
 DATED: September 11, 2012            Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

                                      By: /s/ Karen A. Escobar
                                         KAREN A. ESCOBAR
                                      Assistant U.S. Attorney

                                       /s/ Charles Lee
                                      CHARLES LEE
                                      Attorney for Defendant
                                      Mark McGrath
```

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current sentencing hearing set September 17, 2012, for the above-named defendant is hereby vacated and is reset for December 3, 2012, at 11:00 a.m. IT IS SO ORDERED.

Dated:    September 12, 2012            /s/
                                    CHIEF UNITED STATES DISTRICT JUDGE

2