1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone:  (559) 497-4000

5

6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )  1:10-cr-00131 AWI
                                      )
12                                    )
                                      )
13              Plaintiff,            )
                                      )
14    v.                              )  STIPULATION RE:
                                      )  CONTINUANCE AND
15                                    )  ORDER
                                      )
16                                    )
   MARK McGRATH,                      )
17                                    )
                                      )
18                                    )
              Defendant.              )
19 _____)

20      The above-named Defendant in the above-captioned matter, by

21 and through his attorney, CHARLES LEE, and the United States of

22 America, by and through its attorneys, BENJAMIN B. WAGNER, United

23 States Attorney, and KAREN A. ESCOBAR, Assistant United States

24 Attorney, hereby enter into the following stipulation:

25      1.  The parties to the above-captioned matter agree to vacate

26 his December 3, 2012, sentencing hearing and reset the matter

27 ////

28 ////

                              1

1 | for February 25, 2013, at 11:00 a.m.

2 | DATED: November 28, 2012                    Respectfully submitted,

3 |                                             BENJAMIN B. WAGNER
                                                United States Attorney

4 |
                                                By: /s/ Karen A. Escobar
5 |                                                KAREN A. ESCOBAR
                                                Assistant U.S. Attorney

6 |
                                                /s/ Charles Lee
7 |                                             CHARLES LEE
                                                Attorney for Defendant
8 |                                             Mark McGrath

9 |

10 |                        O R D E R

11 |     Having read and considered the foregoing stipulation,

12 |     IT IS THE ORDER of the Court that the current sentencing

13 | hearing set December 3, 2012, for the above-named defendant is

14 | hereby vacated and is reset for February 25, 2013, at 11:00 a.m.

15 | IT IS SO ORDERED.

16 |
Dated:      November 29, 2012

17 |

18 |                                 UNITED STATES DISTRICT JUDGE

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

2