BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-cr-00131 AWI |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION RE: |
| v. ) | CONTINUANCE AND |
| ) | ORDER |
| MARK McGRATH, ) | |
| ) | |
| Defendant. ) | |

The above-named Defendant in the above-captioned matter, by and through his attorney, CHARLES LEE, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1. The parties to the above-captioned matter agree to vacate his December 3, 2012, sentencing hearing and reset the matter

////

////

1

```
for February 25, 2013, at 11:00 a.m.

 DATED: November 28, 2012                Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                         By: /s/ Karen A. Escobar
                                           KAREN A. ESCOBAR
                                         Assistant U.S. Attorney

                                          /s/ Charles Lee
                                         CHARLES LEE
                                         Attorney for Defendant
                                         Mark McGrath
```

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current sentencing hearing set December 3, 2012, for the above-named defendant is hereby vacated and is reset for February 25, 2013, at 11:00 a.m. IT IS SO ORDERED.

Dated:     November 29, 2012

UNITED STATES DISTRICT JUDGE

2